# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TIMOTHY SCOTT TURNER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D17-1740 & 4D17-1741

[December 7, 2017]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case Nos. 2015CF003452A & 2015CF003484A.

Carey Haughwout, Public Defender, and Tom Wm. Odom, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***